U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2021 FEB 23 A 11: 34
CLERK OF COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLOS DAVIS,

        Defendant.

Case No. 21-CR-042

[18 U.S.C. §§ 1951(a), 924(c), 922(g), 924(a)(2), & 2(a)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. At all times material to this Indictment, Boost Mobile, located at 2851 North Martin Luther King, Jr. Drive in Milwaukee, Wisconsin, was a business engaged in the movement of articles and commodities in interstate commerce.

2. On or about November 23, 2020, in the State and Eastern District of Wisconsin,

**CARLOS DAVIS**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendant did unlawfully take and obtain U.S. currency and cellular phones from employees of Boost Mobile, against their will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 23, 2020, in the State and Eastern District of Wisconsin,

**CARLOS DAVIS**

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence, namely robbery as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this Indictment, AT&T, located at 1920 North Avenue in Milwaukee, Wisconsin, was a business engaged in the movement of articles and commodities in interstate commerce.

2. On or about December 5, 2020, in the State and Eastern District of Wisconsin,

**CARLOS DAVIS**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendant did unlawfully take and obtain cellular phones from employees of AT&T, against their will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2(a).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 5, 2020, in the State and Eastern District of Wisconsin,

**CARLOS DAVIS**

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence, namely robbery as charged in Count Three of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2(a).

4

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about December 16, 2020, in the State and Eastern District of Wisconsin,

**CARLOS DAVIS,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Taurus 9mm, bearing serial number ABH770790.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON
Dated: Feb 23, 2021

_____
for RICHARD G. FROHLING
Acting United States Attorney

5