# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**COURT MINUTES AND ORDER**

UNITED STATES OF AMERICA

v.

CARLOS DAVIS

MOTION TO ADJOURN TRIAL
Case No. 21-cr-0042-bhl

| | |
|---|---|
| HONORABLE BRETT H. LUDWIG presiding | Time Called: 9:31 a.m. |
| Proceeding Held: 11/9/2021 | Time Concluded: 9:45 a.m. |
| Deputy Clerk: Melissa P. | Tape: 35 |

**Appearances:**

UNITED STATES OF AMERICA by: Katherine M Halopka-Ivery and Abbey Marzick

CARLOS DAVIS by: Edward J Hunt

The Court heard brief argument on the Government's Motion to Adjourn the Trial. Because the Defendant has not consented to adjourning the trial to a later date and defense counsel has a conflict with earlier dates, the Court found there was insufficient cause to reschedule the February 7, 2022 trial. Accordingly,

IT IS HEREBY ORDERED that the Government's Motion to Adjourn the Trial (ECF No. 33) is DENIED.

Dated at Milwaukee, Wisconsin on November 9, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge